# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. BRANCH, | ) | Civil No. 05cv0187 J (CAB) |
| Petitioner, | ) | **ORDER DISMISSING CASE** |
| v. | ) | |
| A.P. KANE, | ) | |
| Respondent. | ) | |

On August 22, 2006, this Court lifted the stay of the Petition and granted Petitioner forty-five days from the date the Order was stamped "filed" to amend the Petition by removing the unexhausted claims. [Doc. No. 27.] Accordingly, finding that no action has been taken by Petitioner since August 22, 2006 and the forty-five day deadline has passed, the Petition is **DENIED** with prejudice.

**IT IS SO ORDERED.**

DATED: March 28, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Bencivengo
    All Counsel of Record