# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michael L. Branch

              V.                    **JUDGMENT IN A CIVIL CASE**

A.P. Kane

                                      CASE NUMBER:    05cv0187-J(CAB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

finding that no action has been taken by Petitioner since August 22, 2006 and the forty-five day deadline to amend the Petition has passed, the Petition is denied with prejudice......................................................

| March 29, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/K. Johnson |
|  | (By) Deputy Clerk |
|  | ENTERED ON March 29, 2007 |

05cv0187-J(CAB)